**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**CIVIL NO:** 3:13cv-217 H

**MICHAEL MACHADO,** *Plaintiff*

vs.

**GC SERVICES, LP ,** *Defendant*

Serve:
6330 Gulfton St.
Houston, Texas 77081

## COMPLAINT

NOW COMES Plaintiff, MICHAEL MACHADO, by and through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, GC SERVICES, LP alleged and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq.* ("FDCPA").

## PARTIES

2. Plaintiff, MICHAEL MACHADO ("Plaintiff") is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Jefferson.

3. Plaintiff is a consumer as that term is defined by 15 *U.S.C. § 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term in defined by 15 *U.S.C. § 1692a(5)*.

4. Defendant is a debt collector as defined by *15 U.S.C. § 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

-1-

5. Defendant is a business entity with a business office located at 6330 Gulfton St., Houston, Texas 77081.

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky establishing personal jurisdiction.

9. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

10. Defendant contacts Plaintiff attempting to collect a debt on behalf of another company, believed to be JPMorgan Chase Bank, N.A.

11. The debt that Defendant is attempting to collect arises from transactions that were for personal, family and household purposes.

12. In its collection attempts, Defendant started placing telephone calls around October 2012 to Plaintiff at telephone numbers (502) 810-23xx and (502) 409-77xx.

13. Defendant leaves voice messages for Plaintiff when Plaintiff is not able to answer Defendant's call.

14. On or about January 11, 2012, Defendant placed a telephone call to Plaintiff, which Pliantiff was not able to answer, and left a voice message. *See* transcribed message as

Exhibit A hereto.

15. Defendant stated that its message was for Plaintiff or Della Machado and asked Plaintiff to call telephone number (866) 862-2793, which is a telephone number assigned to Defendant. *See* Exhibit A.

16. Defendant never identified its business name in its message. *See* Exhibit A.

17. Defendant's message also failed to inform Plaintiff that it is a debt collector. *See* Exhibit A.

18. Instead, Defendant only stated that it was important to speak with Plaintiff and failed to inform Plaintiff that it was calling about a debt, the collection of a debt, or any other information to apprise Plaintiff of the true nature and purpose of its call. *See* Exhibit A.

19. Defendant uses deceptive and misleading in connection with its attempts to collect the alleged debt by not identifying itself, the purpose of its phone calls, or that it is a debt collector

## **DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

20. Defendant violated the FDCPA based on the following:

  a. Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

  b. Defendant violated §1692d(6) of the FDCPA by placing telephone calls to Plaintiff without disclosing its identity.

  c. Defendant violated §1692e(10) of the FDCPA by using false representations and/or deceptive means to attempt to collect a debt.

  d. Defendant violated §1692e(11) of the FDCPA by failing to disclose it its voicemail message that it is a debt collector.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, MICHAEL MACHADO, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*;

23. Any other relief that this Honorable Court deems appropriate.

Respectfully Submitted,

**MICHAEL MACHADO**

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Kentucky Bar No. 93993
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com